| | |
|---|---|
| Sanjay Bhandari (SBN 181920)<br>Bhandari Law Group<br>750 B Street, Suite 3300<br>San Diego, California 92101<br>Telephone: (888) 755-6220<br>Facsimile: (888) 755-6225<br>*sb@bhandarilawgroup.com*<br><br>*Attorney for Defendant*<br>*Stanwood Murphy* | Stuart Delery, Acting Asst. Atty. General<br>Melinda L. Haag, United States Attorney<br>R. Scott Blaze, Senior Admiralty Counsel<br>U.S. Dept. of Justice, Civil Division<br>7-5395 Federal Bldg., P.O. Box 36028<br>450 Golden Gate Avenue<br>San Francisco, California 94102-3468<br>Telephone: (415) 755-6220<br>*scott.blaze@usdoj.gov*<br><br>*Attorneys for Plaintiff*<br>*United States of America* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANWOOD MURPHY,<br><br>　　　　Defendant. | Case No. C 11-05365 RS<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; WITH ~~PROPOSED~~ ORDER THEREON |

In light of ongoing, productive discussions towards settlement without the need for court intervention, the parties jointly request that the case management conference be continued approximately 60 days to Thursday, May 24, 2012, at 10:00 a.m, with defendant's response to the complaint due May 10, 2012, and the case management conference statement due May 17, 2012.

DATED: March 15, 2012

| | |
|---|---|
| */s/ Sanjay Bhandari*<br>Sanjay Bhandari<br>Attorney for Defendant Murphy | */s/ R. Scott Blaze (authorized 3/15/12)*<br>R. Scott Blaze<br>Attorney for Plaintiff U.S.A. |

\* \* \* \* \*

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the case management conference be continued from March 22, 2012 to Thursday, May 24, 2012, at 10:00 a.m, with defendant's response to the complaint due

1 | May 10, 2012, and the case management conference statement due May 27, 2012.

2 | DATED: March  20 , 2012

_____
Richard Seeborg
United States District Judge

Case No. C 11-05365 RS
STIPULATION TO CONTINUE CMC