STUART DELERY
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Telephone: (415) 436-6635
Facsimile: (415) 436-6632
E-mail: scott.blaze@usdoj.gov

Attorneys for Defendant
United States of America

SANJAY BHANDARI
Bhandari Law Group
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 796-6250
E-mail: sb@blg.onmicrosoft.com

Attorneys for Defendant
Standwood L. Murphy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STANDWOOD L. MURPHY, *in personam*,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | Civil No. C 11-5365 RS<br><br>In Admiralty<br><br>(~~PROPOSE~~D) ORDER |
|---|---|---|

ORDER            Case No. C 11-5365-RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Civil No. C 11-5365 NJV |
|---|---|
| Plaintiff, | ) |
| | ) In Admiralty |
| v. | ) |
| STANDWOOD L. MURPHY, *in personam,* | ) ORDER |
| Defendant. | ) |

Upon JOINT STIPULATION REGARDING SETTLEMENT AND REQUESTING PRETRIAL AND TRIAL DATES BE CONTINUED, it is

ORDERED, that all pretrial and trial dates in this matter be continued for a period of ninety days to allow the parties to consummate settlement. Should more time be needed, the parties shall so inform the Court in advance of the termination of the ninety day period.

IT IS SO ORDERED.

Dated ___5/11_____ 2012.

_____
UNITED STATE DISTRICT JUDGE

ORDER                           1                    Case No. C 11-5365-RS

SUBMITTED BY:

Dated: May __11__, 2012.

STUART DELERY
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

s/R. Scott Blaze
_____
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice

Of Counsel

THOMAS H. VAN HORN
National Pollution Funds Center
United States Coast Guard

Attorneys for Plaintiff
United States of America

Dated: May 11, 2012

Bhandari Law Group

s/Sanjay Bhandari
_____
SANJAY BHANDARI

Attorneys for Defendant
Stanwood L. Murphy

### CERTIFICATION OF SIGNATURES

    I attest that the content of the document is acceptable to all persons required to sign the document.

                                                       s/R. Scott Blaze
                                            _____
                                                     R. SCOTT BLAZE

ORDER          2         Case No. C 11-5365-RS