STUART DELERY
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Telephone: (415) 436-6635
Facsimile: (415) 436-6632
E-mail: scott.blaze@usdoj.gov

Attorneys for Defendant
United States of America

SANJAY BHANDARI
Bhandari Law Group
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 796-6250
E-mail: sb@blg.onmicrosoft.com

Attorneys for Defendant
Standwood L. Murphy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. C 11-5365 RS |
| Plaintiff, | In Admiralty |
| v. | |
| STANDWOOD L. MURPHY, *in personam*, | (~~PROPOSE~~D) ORDER |
| Defendant. | |

ORDER                                                                                                                            Case No. C 11-5365-RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>STANDWOOD L. MURPHY, *in personam,*<br>　　　　Defendant. | Civil No. C 11-5365 NJV<br>In Admiralty<br><br>ORDER |

Upon JOINT STIPULATION REGARDING SETTLEMENT AND REQUESTING PRETRIAL AND TRIAL DATES BE CONTINUED, it is

ORDERED, that all pretrial and trial dates in this matter be continued for a period of ninety days to allow the parties to consummate settlement. Should more time be needed, the parties shall so inform the Court in advance of the termination of the ninety day period.

IT IS SO ORDERED.

Dated ___5/11_____ 2012.

_____
UNITED STATE DISTRICT JUDGE

ORDER　　　　　　　　　　　　　　　1　　　　　　　　　　　　Case No. C 11-5365-RS

1  SUBMITTED BY:

2  Dated: May ___11___, 2012.          STUART DELERY
                                       Acting Assistant Attorney General
3                                      MELINDA L. HAAG
                                       United States Attorney
4                                      R. MICHAEL UNDERHILL
                                       Attorney in Charge, West Coast Office
5                                      Torts Branch, Civil Division

6                                      s/R. Scott Blaze
                                       _____
7                                      R. SCOTT BLAZE
                                       Senior Admiralty Counsel
8                                      Torts Branch, Civil Division
                                       U.S. Department of Justice
9
                                       Of Counsel
10
                                       THOMAS H. VAN HORN
11                                     National Pollution Funds Center
                                       United States Coast Guard
12
                                       Attorneys for Plaintiff
13                                     United States of America

14
    Dated: May 11, 2012                Bhandari Law Group
15
                                       s/Sanjay Bhandari
16                                     _____
                                       SANJAY BHANDARI
17
                                       Attorneys for Defendant
18                                     Stanwood L. Murphy

19
                        CERTIFICATION OF SIGNATURES
20
        I attest that the content of the document is acceptable to all persons required to
21
    sign the document.
22

                                              s/R. Scott Blaze
23                                            _____
                                              R. SCOTT BLAZE
24

25

26

27

28  ORDER                              2                    Case No. C 11-5365-RS