STUART DELERY
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Telephone: (415) 436-6635
Facsimile: (415) 436-6632
E-mail: scott.blaze@usdoj.gov

Attorneys for Defendant
United States of America

SANJAY BHANDARI
Bhandari Law Group
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 796-6250
E-mail: sb@blg.onmicrosoft.com

Attorneys for Defendant
Standwood L. Murphy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Civil No. C 11-5365 RS |
|---|---|
| Plaintiff, | ) In Admiralty |
| v. | ) |
| STANDWOOD L. MURPHY, *in personam*, | ) (PROPOSED) ORDER |
| Defendant. | ) |

ORDER      Case No. C 11-5365-RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Civil No. C 11-5365 NJV |
|---|---|
| Plaintiff, | ) In Admiralty |
| v. | ) |
| STANDWOOD L. MURPHY, *in personam,* | ) ORDER |
| Defendant. | ) |

Upon SECOND JOINT STIPULATION REGARDING SETTLEMENT AND REQUESTING PRETRIAL AND TRIAL DATES BE CONTINUED, it is

ORDERED, that all pretrial and trial dates in this matter be continued for a period of ninety days to allow the parties to consummate settlement. Should more time be needed, the parties shall so inform the Court in advance of the termination of the ninety day period. The Case Management Conference has been rescheduled for November 29, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated  8/20  2012.

_____
UNITED STATE DISTRICT JUDGE

ORDER                                        1                              Case No. C 11-5365-RS