STUART DELERY
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Telephone: (415) 436-6635
Facsimile: (415) 436-6632
E-mail: scott.blaze@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No. C 11-5365 RS |
| Plaintiff, | ) In Admiralty |
| v. | ) |
| STANDWOOD L. MURPHY, *in personam*, | ) (~~PROPOSED~~) ORDER |
| Defendant. | ) |

ORDER                                                                                                       Case No. C 11-5365-RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No. C 11-5365 ~~NJV~~ RS |
| Plaintiff, | ) In Admiralty |
| v. | ) |
| STANDWOOD L. MURPHY, *in personam,* | ) ORDER |
| Defendant. | ) |

Upon notice of dismissal with prejudice by the United States pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i), no responsive pleading having been filed by defendant, it is ORDERED, that the notice of dismissal is hereby entered.  The action is dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated __11/26_____ 2012.

_____
UNITED STATE DISTRICT JUDGE

ORDER                                                1                                    Case No. C 11-5365-RS

SUBMITTED BY:

Dated: November   23  , 2012.        STUART DELERY
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

s/R. Scott Blaze

_____
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice

Of Counsel

THOMAS H. VAN HORN
National Pollution Funds Center
United States Coast Guard

Attorneys for Plaintiff
United States of America

ORDER                                           2                          Case No. C 11-5365-RS